PARKER DRISCOLL APPRAISAL
702-254-0977

File No. 9-183

# APPRAISAL OF



SINGLE FAMILY RESIDENCE

## LOCATED AT:

2204 E WEBB AVENUE
NORTH LAS VEGAS, NV 89030-7204

## CLIENT:

BOGHOSSIAN/CO DAVID M CROSBY, ESQ
711 SOUTH EIGHTH STREET
LAS VEGAS, NV 89101

## AS OF:

March 30, 2009

## BY:

JAMES DRISCOLL
PARKER DRISCOLL APPRAISAL

EXHIBIT 2

PARKER DRISCOLL APPRAISAL
## Small Residential Income Property Appraisal Report   File No. 9-183

### PURPOSE
The purpose of this appraisal report is to provide the client with a credible opinion of the defined value of the subject property, given the intended use of the appraisal.
Client Name/Intended User BOGHOSSIAN/CO DAVID M CROSBY, ESQ   E-mail CROSBYDM@COX.NET
Client Address 711 SOUTH EIGHTH STREET   City LAS VEGAS   State NV   Zip 89101
Additional Intended User(s) THIS REPORT WAS PREPARED FOR THE SOLE AND EXCLUSIVE USE OF THE CLIENT
Intended Use THE PURPOSE OF THIS APPRAISAL REPORT IS TO PROVIDE THE CLIENT WITH A CREDIBLE OPINION OF THE DEFINED VALUE OF THE SUBJECT PROPERTY SEE ATTACHED LIMITING CONDITIONS.

### SUBJECT
Property Address 2204 E WEBB AVENUE   City NORTH LAS VEGAS   State NV   Zip 89030-7204
Owner of Public Record BOGHOSSIAN   County CLARK
Legal Description GRANDVIEW PARK PLAT BOOK 4 PAGE 4 LOT 19 BLOCK 3
Assessor's Parcel # 139-23-815-049   Tax Year 08/09   R.E. Taxes $ 1,019.49
Neighborhood Name GRANDVIEW PARK   Map Reference 45-D2   Census Tract 4000
Property Rights Appraised [X] Fee Simple  [ ] Leasehold  [ ] Other (describe) N/A

### SALES HISTORY
My research [X] did [ ] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Prior Sale/Transfer:   Date 08/15/2007   Price $235,000   Source(s) COUNTY RECORDS/MLS
Analysis of prior sale or transfer history of the subject property (and comparable sales, if applicable)  THE SUBJECT HAS NOT BEEN LISTED IN THE MLS WITHIN THE PAST TWELVE MONTHS. HAS HAD ONE TRANSACTION WITHIN THE PAST THREE YEARS, ON 08/15/2007 FOR $235,000. ALL SALES WERE REPORTED CLOSED WITH TYPICAL FINANCING. THE REPORTED SALES CONCESSIONS BEING PAID FOR BY THE SELLER ARE TYPICAL IN THE MARKET PLACE.

Offerings, options and contracts as of the effective date of the appraisal  N/A

### NEIGHBORHOOD

| Neighborhood Characteristics | | | 2-4 Unit Housing Trends | | | 2-4 Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location | [ ] Urban [X] Suburban [ ] Rural | | Property Values | [ ] Increasing [ ] Stable [X] Declining | | PRICE $(000) | AGE (yrs) | One-Unit | 80 % |
| Built-Up | [X] Over 75% [ ] 25-75% [ ] Under 25% | | Demand/Supply | [ ] Shortage [ ] In Balance [X] Over Supply | | 40 Low | 25 | 2-4 Unit | 5 % |
| Growth | [ ] Rapid [X] Stable [ ] Slow | | Marketing Time | [ ] Under 3 mths [X] 3-6 mths [ ] Over 6 mths | | 320+ High | 80+ | Multi-Family | 5 % |
| | | | | | | 140 Pred. | 50-55 | Commercial | 5 % |
| | | | | | | | | Other VACANT | 5 % |

Neighborhood Boundaries CAREY AVE TO THE NORTH, CHARLESTON BLVD TO THE SOUTH, PECOS RD TO THE EAST, AND LAS VEGAS BLVD TO THE WEST
Neighborhood Description THE SUBJECT IS LOCATED IN A RESIDENTIAL AREA WHERE THE DUPLEX PROPERTIES ARE REASONABLY COMPATIBLE. STREET PATTERNS ARE GOOD SITES ARE ADEQUATE AND THE SUBJECT IS TYPICAL FOR THE NEIGHBORHOOD. NO NEIGHBORHOOD FACTORS WERE NOTED THAT WOULD ADVERSELY AFFECT THE SUBJECT PROPERTY.

Market Conditions (including support for the above conclusions) PREVAILING INTEREST RATES ARE RANGING FROM 4.0% TO 10.0%. TYPICALLY SELLERS ARE PAYING FROM 0 TO 3 PERCENT IN THE MARKETING OF THEIR DUPLEX PROPERTIES. MARKET CONDITIONS APPEAR TO BE DECLINING WITH DECLINING PROPERTY VALUES. THIS IS DUE TO REO, SHORT SALES, AND FORECLOSURES WITHIN THE MARKET AREA

### SITE
Dimensions SEE ATTACHED PLAT MAP   Area 6060 SQ FT   Shape RECTANGULAR   View TYPICAL
Specific Zoning Classification R-2   Zoning Description TWO FAMILY RESIDENTIAL
Zoning Compliance [X] Legal  [ ] Legal Nonconforming (Grandfathered Use)  [ ] No Zoning  [ ] Illegal (describe) N/A
Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No   If No, describe. N/A

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Water | [X] | | Street ASPHALT | [X] | |
| Gas | [X] | | Sanitary Sewer | [X] | | Alley NONE/TYPICAL | | |

Site Comments NO ADVERSE EASEMENTS OR ENCROACHMENTS WERE APPARENT. HOWEVER, MY INSPECTION WAS MADE WITHOUT THE BENEFIT OF A TITLE REPORT OR SURVEY.

### IMPROVEMENTS

| GENERAL DESCRIPTION | FOUNDATION | EXTERIOR DESCRIPTION materials | INTERIOR materials |
|---|---|---|---|
| Units [X] Two [ ] Three [ ] Four | [X] Concrete Slab [ ] Crawl Space | Foundation Walls CONCRETE/AVG | Floors CPT/TIL/AVG |
| [ ] Accessory Unit (describe below) | [ ] Full Basement [ ] Partial Basement | Exterior Walls FR/STUCCO/AVG | Walls DRYWALL/AVG |
| # of Stories ONE   # of bldgs. 1 | Basement Area 0 sq. ft. | Roof Surface BUILT-UP/AVG | Trim/Finish WOOD/AVG |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | Basement Finish N/A % | Gutters & Downspouts NONE | Bath Floor TIL/AVG |
| [X] Existing [ ] Proposed [ ] Under Const. | [ ] Outside Entry/Exit [ ] Sump Pump | Window Type ALUM SLIDE/AVG | Bath Wainscot TIL/AVG |
| Design (Style) 1 STORY DUPLEX | Evidence of [ ] Infestation | Storm Sash/Insulated NONE | Car Storage |
| Year Built 1954 | [ ] Dampness [ ] Settlement | Screens YES/AVG | [ ] None |
| Effective Age (Yrs) 15-20 | Heating/Cooling | Amenities | [X] Driveway # of Cars 2 |
| Attic [ ] None | [ ] FWA [ ] HW [X] Radiant | [ ] Fireplace(s) #  [ ] WoodStove(s) # | Driveway Surface CONCRETE |
| [ ] Drop Stair [ ] Stairs | [ ] Other   Fuel GAS | [X] Patio/Deck CONC [X] Fence CLINK/WD | [ ] Garage # of Cars |
| [ ] Floor [X] Scuttle | [ ] Central Air Conditioning | [ ] Pool [X] Porch COVERED | [X] Carport # of Cars 2 |
| [ ] Finished [ ] Heated | [X] Individual [ ] Other EVAP | [ ] Other | [ ] Att. [X] Det. [ ] Built-in |

# of Appliances [ ] Refrigerator   Range/Oven 2   Dishwasher   Disposal 2   Microwave   Washer/Dryer   Other (describe) N/A

| Unit # 1 contains: | 4 Rooms | 2 Bedroom(s) | 1 Bath(s) | 713 Square feet of Gross Living Area |
| Unit # 2 contains: | 4 Rooms | 2 Bedroom(s) | 1 Bath(s) | 713 Square feet of Gross Living Area |
| Unit # 3 contains: | Rooms | Bedroom(s) | Bath(s) | Square feet of Gross Living Area |
| Unit # 4 contains: | Rooms | Bedroom(s) | Bath(s) | Square feet of Gross Living Area |

Additional features SUBJECT FEATURES INCLUDE: TILED ENTRY, KITCHEN, LIVING AREA, AND BATHS, CARPET AND TILE IN BEDROOMS, SECURITY BARS WITH QUICK RELEASES, ETC

Comments on the Improvements THE QUALITY OF CONSTRUCTION AND MATERIALS IS AVERAGE WITH AVERAGE MAINTENANCE. NO FUNCTIONAL OR EXTERNAL INADEQUACIES NOTED. PLEASE NOTE: THE APPRAISER IS NOT AN EXPERT IN THIS FIELD, IF FURTHER ASSISTANCE IS REQUIRED THE APPRAISER RECOMMENDS AN INSPECTION BY A LICENSED EXPERT IN THE FIELD.



PARKER DRISCOLL APPRAISAL

## Small Residential Income Property Appraisal Report    File No. 9-183

The following properties represent the most current, similar, and proximate comparable rental properties to the subject property. This analysis is intended to support the opinion of the market rent for the subject property.

| FEATURE | SUBJECT | COMPARABLE RENTAL NO. 1 | COMPARABLE RENTAL NO. 2 | COMPARABLE RENTAL NO. 3 |
|---|---|---|---|---|
| Address | 2204 E WEBB AVENUE / NORTH LAS VEGAS | 141 N BRUCE ST / 139-35-315-060 | 2230 ELLIS ST / 139-24-110-256 | 2209 STANLEY AVE / 139-23-815-025 |
| Proximity to Subject | | 1.8 MI SSW | 0.91 MI NE | 0.04 MI N |
| Current Monthly Rent | $ 0 | $ 1,000 | $ 1,300 | $ 1,575 |
| Rent/Gross Bldg. Area | $ 0.00 sq. ft. | $ 0.80 sq. ft. | $ 1.02 sq. ft. | $ 0.93 sq. ft. |
| Rent Control | [ ]Yes [X]No | [ ]Yes [X]No | [ ]Yes [X]No | [ ]Yes [X]No |
| Data Source(s) | CNTY RECDS/MLS | COUNTY RECORDS/MLS | COUNTY RECORDS/MLS | CNTY RECDS/MLS |
| Date of Lease(s) | UNKNOWN | UNKNOWN/ MLS# 902315 | UNKNOWN/ MLS# 827536 | UNKNOWN/ MLS# 873258 |
| Location | TYPICAL | TYPICAL | TYPICAL | TYPICAL |
| Actual Age | 1954 | 1943 | 1962 | 1954 |
| Condition | AVERAGE | AVERAGE | AVERAGE | AVERAGE |
| Gross Building Area | 1425 sq.ft. | 1,244 | 1,280 | 1,701 |

Unit Breakdown:

| Unit | Subject Tot/Br/Ba/SqFt | Comp1 Tot/Br/Ba/SqFt | Monthly Rent | Comp2 Tot/Br/Ba/SqFt | Monthly Rent | Comp3 Tot/Br/Ba/SqFt | Monthly Rent |
|---|---|---|---|---|---|---|---|
| #1 | 4/2/1/713 | 4/2/1/844 | $ 600 | 4/2/1/640 | $ 650 | 5/3/1/875 | $ 875 |
| #2 | 4/2/1/713 | 2/1/1/400 | $ 400 | 4/2/1/640 | $ 650 | 4/2/1/700 | $ 700 |
| #3 | | | $ | | $ | | $ |
| #4 | | | $ | | $ | | $ |
| Utilities Included | WATER/SEWER/TRASH | WATER/SEWER/TRASH | | WATER/SEWER/TRASH | | WATER/SEWER/TRASH | |

Analysis of rental data and support for estimated market rents for the individual subject units reported below (including the adequacy of the comparables, rental concessions, etc.)
ALL COMPARABLE RENTALS WOULD BE CONSIDERED TO BE VIABLE ALTERNATIVE RENTALS TO THE TYPICAL TENANT. ALL COMPARABLE RENTALS SUPPORT THE SUBJECT'S CURRENT RENTS AND ARE SIMILAR IN AMENITIES. ESTIMATED MARKET RENTS WERE UTILIZED IN THIS REPORT FOR THE SUBJECT PROPERTY. ONLY ONE UNIT WAS RENTED AT THE TIME OF INSPECTION.

Rent Schedule: The appraiser must reconcile the applicable indicated monthly market rents to provide an opinion of the market rent for each unit in the subject property.

| | Leases | | Actual Rents | | | Opinion Of Market Rent | | |
|---|---|---|---|---|---|---|---|---|
| Unit # | Begin Date | End Date | Per Unit Unfurnished | Per Unit Furnished | Total Rents | Per Unit Unfurnished | Per Unit Furnished | Total Rents |
| 1 | N/A | | $ N/A | $ | $ | $ 650 | $ | $ 650 |
| 2 | | | | | | 650 | | 650 |
| 3 | | | | | | | | |
| 4 | | | | | | | | |

Comment on lease data

| | | |
|---|---|---|
| Total Actual Monthly Rent | $ 0 | Total Gross Monthly Rent $ 1,300 |
| Other Monthly Income (itemize) | $ | Other Monthly Income (itemize) $ |
| Total Actual Monthly Income | $ 0 | Total Estimated Monthly Income $ 1,300 |

Utilities included in estimated rents   [ ]Electric [X]Water [X]Sewer [ ]Gas [ ]Oil [ ]Cable [X]Trash collection [ ]Other (describe) N/A

Comments on actual or estimated rents and other monthly income (including personal property)   IT APPEARS THE CURRENT RENTS ARE TYPICAL WITH THE MARKET. THE OWNER DID NOT SUPPLY ANY EXECUTED LEASE AGREEMENTS. UTILITIES REPORTED TO BE PAID BY THE OWNER ARE TYPICAL WITH THE MARKET.

### COST APPROACH TO VALUE

Site Value Comments   N/A

| ESTIMATED [ ]REPRODUCTION OR [ ]REPLACEMENT COST NEW | OPINION OF SITE VALUE ........................ = $ | |
|---|---|---|
| Source of cost data N/A | Dwelling   1,425 Sq. Ft. @ $ ........... = $ | 0 |
| Quality rating from cost service N/A    Effective date of cost data N/A | Sq. Ft. @ $ ........... = $ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | |
| N/A | Garage/Carport 360   Sq. Ft. @ $ ........... = $ | 0 |
| | Total Estimate of Cost-New   ........... = $ | 0 |
| | Less   Physical   Functional   External | |
| | Depreciation   = $ ( | 0) |
| | Depreciated Cost of Improvements ....... = $ | 0 |
| | "As-is" Value of Site Improvements ....... = $ | |
| | INDICATED VALUE BY COST APPROACH ...... = $ | 0 |

N/A

### ADDITIONAL COMMENTS



PARKER DRISCOLL APPRAISAL
## Small Residential Income Property Appraisal Report
File No. 9-183

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | | COMPARABLE SALE NO. 2 | | COMPARABLE SALE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 2204 E WEBB AVENUE NORTH LAS VEGAS | 141 N BRUCE ST 139-35-312-060 | | 2230 ELLIS ST 139-24-110-256 | | 2112 STANLEY AVE 139-23-815-010 | |
| Proximity to Subject | | 1.8 MI SSW | | 0.91 MI NE | | 0.08 MI WNW | |
| Sale Price | $ N/A | | $ 44,900 | | $ 68,800 | | $ 60,000 |
| Sale Price/Gross Bldg. Area | $ 0.00 sq.ft | $ 36.09 sq.ft | | $ 53.75 sq.ft | | $ 35.27 sq.ft | |
| Gross Monthly Rent | $ 1,300 | $ 1,000 | | $ 1,300 | | $ 1300 (EST) | |
| Gross Rent Multiplier | | 44.90 | | 52.92 | | 46.15 | |
| Price Per Unit | $ 650 | $ 22,450 | | $ 34,400 | | $ 30,000 | |
| Price Per Room | $ | $ 7,483 | | $ 8,600 | | $ 6,667 | |
| Price Per Bedroom | $ | $ 14,967 | | $ 17,200 | | $ 12,000 | |
| Rent Control | [ ] Yes [X] No | [ ] Yes [X] No | | [ ] Yes [X] No | | [ ] Yes [X] No | |
| Data Source(s) | CNTY REC/INSPC | COUNTY RECORDS/MLS | | COUNTY RECORDS/MLS | | COUNTY RECORDS/MLS | |
| Verification Source(s) | DOC# | 20090304-03753 | | 10081002-00350 | | 20080923-06311 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment |
| Sale or Financing | N/A | CASH | | CASH | | CASH | |
| Concessions | N/A | NO CONCESS | 0 | NO CONCESS | 0 | NO CONCESS | 0 |
| Date of Sale/Time | N/A | 03/04/2009 | 0 | 10/02/2008 | -13,760 | 09/23/2008 | -14,400 |
| Location | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 6060 SQ FT | 5520 SQ FT | 0 | 8505 SQ FT | 0 | 8505 SQ FT | 0 |
| View | TYPICAL | TYPICAL | | TYPICAL | | TYPICAL | |
| Design (Style) | 1 STORY DUPLEX | 1 STORY DUPLEX | | 1 STORY DUPLEX | | 1 STORY DUPLEX | |
| Quality of Construction | STU/BLTUP/AVG | STU/SHNG/AVG | 0 | SHNG/BLTUP/AVG | 0 | STU/BLTUP/AVG | |
| Actual Age | 1954 | 1943 | 0 | 1962 | 0 | 1954 | |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Gross Building Area | 1425 sq.ft. | 1,244 | +2,700 | 1,280 | +2,200 | 1,701 | -4,100 |
| Unit Breakdown | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Unit #1 | 4  2  1 | 4  2  1 | | 4  2  1 | 0 | 5  3  1 | -3500BR |
| Unit #2 | 4  2  1 | 2  1  1 | +3500BR | 4  2  1 | 0 | 4  2  1 | |
| Unit #3 | | | | | | | |
| Unit #4 | | | | | | | |
| Basement Description | NONE | NONE | | NONE | | NONE | |
| Basement Finished Rooms | MLS# N/A | MLS# 903215 (DOM 21) | REO | MLS# 827536 (DOM 140) | SHORT SALE | MLS# 854831 (DOM 39) | REO |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | Radiant Ind/Air | FWA/C. REF | | FWA/C. REF | | FWA/C. REF | |
| Energy Efficient Items | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Parking On/Off Site | 2 CARPORT | PARKING ONLY | +3,000 | PARKING ONLY | +3,000 | 2 CARPORT | |
| Porch/Patio/Deck | Patio/Deck,Porch | CPORCH/CPATIO | | CPORCH/PATIO | | CPORCH/PATIO | |
| | NO FIREPLACE | NO FIREPLACE | | NO FIREPLACE | | NO FIREPLACE | |
| | YD IMP | SIMILAR | | SIMILAR | | SIMILAR | |
| | UPGRADES | SIMILAR | | SIMILAR | | SIMILAR | |
| Net Adjustment (Total) | | [X] + [ ] - | $ 9,200 | [ ] + [X] - | $ 8,560 | [ ] + [X] - | $ 22,000 |
| Adjusted Sale Price of Comparables | | Net Adj. 20.5 % Gross Adj. 20.5 % | $ 54,100 | Net Adj. -12.4 % Gross Adj. 27.6 % | $ 60,240 | Net Adj. -36.7 % Gross Adj. 36.7 % | $ 38,000 |
| Adj. Price Per Unit (Adj. SP Comp / # of Comp Units) | | $ 27,050 | | $ 30,120 | | $ 19,000 | |
| Adj. Price Per Room ((Adj. SP Comp / # of Comp Rooms) | | $ 9,017 | | $ 7,530 | | $ 4,222 | |
| Adj. Price Per Bdrm. (Adj. SP Comp / # of Comp Bedrooms) | | $ 18,033 | | $ 15,060 | | $ 7,600 | |

Summary of Sales Comparison Approach  THE APPRAISER IS LIMITED IN THE SELECTION OF COMPARABLE SALES THAT ARE VERIFIABLE IN THE MARKET PLACE. TYPICAL BUYERS IN THE SUBJECT PRICE RANGE IN THIS LOCALITY WILL CONSIDER AND COMPARE HOMES WITHIN SEVERAL MILES FROM THE SUBJECT PROPERTY. ALL SELECTED COMPARABLES ARE IN THE SUBJECT'S COMPETITIVE MARKET AREA. THE SELECTED SALES WERE THE BEST INDICATORS IN VALUE AND MOST COMPARABLE TO THE SUBJECT.

### INCOME APPROACH TO VALUE
Estimated Monthly Market Rent $ 1,300.00  X Gross Rent Multiplier  44.90  = $  58,370  Indicated Value by Income Approach
Summary of Income Approach (including support for market rent and GRM)  N/A

Indicated Value by: Sales Comparison Approach $ 58,000    Cost Approach (if developed) $ 0    Income Approach (if developed) $ 58,370
THE SALES COMPARISON APPROACH PROVIDES FOR THE MOST DEFENSIBLE METHOD OF DETERMINING VALUE FOR SINGLE FAMILY RESIDENTIAL PROPERTIES. THE COST APPROACH HAS NO BEARING ON THE VALUE CONCLUSION. THE INCOME APPROACH LACKS SUFFICIENT DATA TO JUSTIFY VALUE.

This appraisal is made [X] "as is," [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed  [ ] subject to the following:
THIS IS A GENERAL PURPOSE APPRAISAL REPORT, FORM GPAR MULTI FAMILY INTERIOR/EXTERIOR APPRAISAL/SUMMARY REPORT FOR THE SOLE AND EXCLUSIVE USE OF THE CLIENT
Based on the scope of work, assumptions, limiting conditions and appraiser's certification, my (our) opinion of the defined value of the real property that is the subject of this report is $ 58,000  as of 03/30/2009  , which is the effective date of this appraisal.



PARKER DRISCOLL APPRAISAL
## Small Residential Income Property Appraisal Report     File No. 9-183

| FEATURE | SUBJECT | COMPARABLE SALE NO. 4 | | | COMPARABLE SALE NO. 5 | | COMPARABLE SALE NO. 6 | |
|---|---|---|---|---|---|---|---|---|
| Address | 2204 E WEBB AVENUE NORTH LAS VEGAS | 2305 STANLEY AVE 139-23-815-022 | | | | | | |
| Proximity to Subject | | 0.05 MI NE | | | | | | |
| Sale Price | $ N/A | | $ 75,000 | | $ | | $ | |
| Sale Price/Gross Bldg. Area | $ 0.00 sq. ft | $ 44.09 sq. ft | | | $ sq. ft | | $ sq. ft | |
| Gross Monthly Rent | $ 1,300 | $ 1300 (EST) | | | $ | | $ | |
| Gross Rent Multiplier | | 57.69 | | | | | | |
| Price Per Unit | $ 650 | $ 37,500 | | | $ | | $ | |
| Price Per Room | $ | $ 8,333 | | | $ | | $ | |
| Price Per Bedroom | $ | $ 15,000 | | | $ | | $ | |
| Rent Control | ☐Yes [X]No | ☐Yes [X]No | | | ☐Yes ☐No | | ☐Yes ☐No | |
| Data Source(s) | CNTY REC/INSPC | COUNTY RECORDS/MLS | | | | | | |
| Verification Source(s) | DOC# | LISTING | | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | | +(-) Adjustment | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment |
| Sale or Financing | N/A | LISTING | | | | | | |
| Concessions | N/A | LISTING | | | | | | |
| Date of Sale/Time | N/A | LISTING | | -4,500 | | | | |
| Location | AVERAGE | AVERAGE | | | | | | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | | | | | |
| Site | 6060 SQ FT | 6060 SQ FT | | 0 | | | | |
| View | TYPICAL | TYPICAL | | | | | | |
| Design (Style) | 1 STORY DUPLEX | 1 STORY DUPLEX | | | | | | |
| Quality of Construction | STU/BLTUP/AVG | STU/BLTUP/AVG | | | | | | |
| Actual Age | 1954 | 1954 | | | | | | |
| Condition | AVERAGE | AVERAGE | | | | | | |
| Gross Building Area | 1425 sq.ft. | 1,701 | | -4,100 | | | | |
| Unit Breakdown | Total Bdrms. Baths | Total Bdrms. Baths | | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Unit # 1 | 4   2   1 | 5   3   1 | | -3500BR | | | | |
| Unit # 2 | 4   2   1 | 4   2   1 | | 0 | | | | |
| Unit # 3 | | | | | | | | |
| Unit # 4 | | | | | | | | |
| Basement Description | NONE | NONE | | | | | | |
| Basement Finished Rooms | MLS# N/A | MLS# 832928 (DOM 291) | | REO | | | | |
| Functional Utility | AVERAGE | AVERAGE | | | | | | |
| Heating/Cooling | Radiant Ind/Air | FWA/C. REF | | | | | | |
| Energy Efficient Items | AVERAGE | AVERAGE | | | | | | |
| Parking On/Off Site | 2 CARPORT | 2 CARPORT | | | | | | |
| Porch/Patio/Deck | Patio/Deck, Porch | CPORCH/PATIO | | | | | | |
| | NO FIREPLACE | NO FIREPLACE | | | | | | |
| | YD IMP | SIMILAR | | | | | | |
| | UPGRADES | SIMILAR | | | | | | |
| Net Adjustment (Total) | | ☐+ [X]- | | $ 12,100 | [X]+ ☐- | $ 0 | [X]+ ☐- | $ 0 |
| Adjusted Sale Price of Comparables | | Net Adj. -16.1 % Gross Adj. 16.1 % | | $ 62,900 | Net Adj. 0.0 % Gross Adj. 0.0 % | $ 0 | Net Adj. 0.0 % Gross Adj. 0.0 % | $ 0 |
| Adj. Price Per Unit (Adj. SP Comp / # of Comp Units) | | $ 31,450 | | | $ | | $ | |
| Adj. Price Per Room ((Adj. SP Comp / # of Comp Rooms) | | $ 6,989 | | | $ | | $ | |
| Adj. Price Per Bdrm. (Adj. SP Comp / # of Comp Bedrooms) | | $ 12,580 | | | $ | | $ | |

Summary of Sales Comparison Approach.   SEE ATTACHED ADDENDUM.



## ADDENDUM

| Client BOGHOSSIAN/CO DAVID M CROSBY, ESQ | File No.: 9-183 |
|---|---|
| Property Address: 2204 E WEBB AVENUE | Case No.: |
| City: NORTH LAS VEGAS | State: NV | Zip: 89030-7204 |

**Comments on Sales Comparison**

THE APPRAISAL IS BASED ON THE INFORMATION GATHERED BY THE APPRAISER FROM PUBLIC RECORDS, OTHER IDENTIFIED SOURCES, INSPECTION OF THE SUBJECT PROPERTY AND NEIGHBORHOOD AND SELECTION OF COMPARABLE SALES WITHIN THE SUBJECT MARKET AREA. THE ORIGINAL SOURCE OF THE COMPARABLE IS SHOWN IN THE "DATA SOURCE" SECTION OF THE MARKET GRID ALONG WITH THE SOURCE OF CONFIRMATION, IF AVAILABLE. THE ORIGINAL SOURCE IS PRESENTED FIRST. THE SOURCES AND DATA ARE CONSIDERED RELIABLE, WHEN CONFLICTING INFORMATION IS PROVIDED THE SOURCE DEEMED MOST RELIABLE HAS BEEN USED. DATA BELIEVED TO BE UNRELIABLE HAS NOT BEEN INCLUDED IN THE REPORT OR USED AS A BASIS FOR THE VALUE CONCLUSION.

PHYSICAL DEPRECIATION IS BASED ON THE ESTIMATED EFFECTIVE AGE OF THE SUBJECT PROPERTY AND STANDARD RATES OF DEPRECIATION WITHIN THE LOCAL MARKET. FUNCTIONAL AND/OR EXTERNAL DEPRECIATION, IF PRESENT, ARE SPECIFICALLY ADDRESSED IN THE APPRAISAL REPORT OR ADDENDUM.

IT IS NOT KNOWN BY THIS APPRAISER IF THERE IS ANY PENDING LEGAL ACTION AGAINST THIS BUILDER. IT IS BELIEVED THAT THERE IS NONE. HOWEVER, THIS APPRAISER AND/OR OFFICE WILL NOT BE HELD RESPONSIBLE IF ANY INFORMATION HAS BEEN WITHHELD. IT IS THIS APPRAISERS OPINION THAT THE WORKMANSHIP IS CONSISTENT WITH OTHER HOMES IN THIS AREA. ADDITIONALLY, THERE WERE NO OBVIOUS DEFICIENCIES NOTED AT THE TIME OF INSPECTION.

IN ADDITION, THE APPRAISER MAKES NO WARRANTIES AS TO THE OWNER'S ATTAINMENT OF PERMITS FOR ANY MODIFICATIONS TO THE SUBJECT PROPERTY AND ACCEPTS NO LIABILITY FOR ANY NON DISCLOSURE.

NO VALUE WAS GIVEN TO PERSONAL PROPERTY.

THERE HAVE BEEN APPROXIMATELY 14 COMPARABLE TRANSFERS WITHIN THE PAST 12 MONTHS RANGING FROM $44,900 TO $221,934, OF THESE APPROXIMATELY 3 WERE OPEN MARKET SALES RANGING FROM $68,800 TO $210,000. THERE WERE 7 FORECLOSURES RANGING FROM $102,000 TO $221,934, AND 4 REO SALES RANGING FROM $44,900 TO $121,230, BANK ACTIVITY ACCOUNTS FOR APPROXIMATELY 79% OF ALL TRANSFERS.

THERE ARE CURRENTLY 8 ACTIVE LISTINGS OF THESE THERE ARE 2 OPEN MARKET LISTINGS RANGING FROM $135,000, TO $190,000, AND 6 REO/SHORT SALES LISTINGS RANGING FROM $49,900 TO $210,000. BANK ACTIVITY EQUATES TO APPROXIMATELY 75% OF ALL COMPARABLE LISTINGS AND PENDING SALES.

DAYS ON MARKET ARE NOT REFLECTIVE OF MARKET EXPOSURE TIME DUE TO CHANGES TO THE AMOUNTS OF THE ORIGINAL LIST PRICE, RESETTING THE DOM, AND SALE TO LIST PRICE RATIO. ACCORDING TO THE MLS THE AVERAGE DOM IS APPROXIMATELY 68 DAYS, AND THE AVERAGE SALES PRICE TO LIST PRICE RATIO IS APPROXIMATELY 94%. ACTUAL MARKET TIME APPEARS TO BE 3-10 MONTHS. THE RATE OF DECLINE APPEARS TO BE APPROXIMATELY 48% PER YEAR, OR 4% PER MONTH. THE APPRAISER HAS RESEARCHED COMPARABLES FOR THE PAST 12 MONTHS, AND COMPARABLE LISTINGS, THE WIDE RANGE IS DUE TO THE BANK ACTIVITY (FORECLOSURES, REO SALES, AND SHORT SALES), A TIGHTENING CREDIT MARKET, AN OVERSUPPLY OF INVENTORY

REO/SHORT SALES HAVE BEEN UTILIZED IN THE PREPARATION OF THIS REPORT DUE TO THE FACT THEY ARE DRIVING THE MARKET

THE APPRAISER IS AWARE OF THE ESTIMATED MARKET VALUE BEING BELOW THAN THAT OF THE ESTIMATED PREDOMINANT NEIGHBORHOOD VALUE. HOWEVER, THERE ARE HOMES WITHIN THE SUBJECT'S MARKET AREA WHICH ARE LOWER THAN SUBJECT IN VALUE. IT IS THE OPINION OF THE APPRAISER THAT THE SUBJECT IS NOT AN UNDER IMPROVEMENT FOR IT'S NEIGHBORHOOD.

ONE OR MORE OF THE COMPARABLE SALES EXCEED THE PREFERRED 1 MILE DISTANCE GUIDELINE. ALTHOUGH IT WAS NECESSARY TO EXCEED THIS GUIDELINE DUE TO THE LACK OF PROXIMATE COMPARABLE SALES OF DUPLEX PROPERTIES SIMILAR, IN LIVING AREA, ROOM COUNTS AND AGE. THE COMPARABLES USED STILL FALL WITHIN THE SUBJECTS MARKET AREA.

IT SHOULD BE NOTED THE NET ADJUSTMENT FOR COMPARABLE #1 EXCEEDS THE RECOMMENDED GUIDELINES DUE TO INFERIOR GROSS LIVING AREA, INFERIOR BEDROOM COUNT, AND INFERIOR CARPORT IMPROVEMENTS.

IT SHOULD BE NOTED THE LINE ITEM ADJUSTMENT, AND GROSS ADJUSTMENT FOR COMPARABLE #2 EXCEEDS THE RECOMMENDED GUIDELINES DUE TO AGE OF SALE, INFERIOR GROSS LIVING AREA, AND INFERIOR CARPORT IMPROVEMENTS.

IT SHOULD BE NOTED THE LINE ITEM ADJUSTMENT, NET ADJUSTMENT, AND GROSS ADJUSTMENT FOR COMPARABLE #3 EXCEEDS THE RECOMMENDED GUIDELINES DUE TO AGE OF SALE, SUPERIOR BEDROOM COUNT, AND SUPERIOR GROSS LIVING AREA. COMPARABLE #3 EXCEEDS THE PREFERRED TIMEFRAME GUIDELINES (6 MONTHS). DUE TO LACK OF SIMILAR, PROXIMATE, DUPLEX PROPERTIES SIMILAR IN GROSS LIVING AREA, AND AGE IN THE SUBJECTS MARKET AREA, IT WAS NECESSARY TO USE THIS COMPARABLE.

COMPARABLE #4 IS A LISTING. THIS COMPARABLE WAS USED BECAUSE IT IS SIMILAR IN GROSS LIVING AREA, AND STYLE AND IS A GOOD INDICATOR OF VALUE. NO WEIGHT HAS BEEN GIVEN TO THIS COMPARABLE DUE TO THE FACT IT IS A LISTING

File No. 9-183

## Scope of Work, Assumptions and Limiting Conditions

Scope of work is defined in the Uniform Standards of Professional Appraisal Practice as " the type and extent of research and analyses in an assignment." In short, scope of work is simply what the appraiser did and did not do during the course of the assignment. It includes, but is not limited to: the extent to which the property is identified and inspected, the type and extent of data researched, the type and extent of analyses applied to arrive at opinions or conclusions.

The scope of this appraisal and ensuing discussion in this report are specific to the needs of the client, other identified intended users and to the intended use of the report. This report was prepared for the sole and exclusive use of the client and other identified intended users for the identified intended use and its use by any other parties is prohibited. The appraiser is not responsible for unauthorized use of the report.

The appraiser's certification appearing in this appraisal report is subject to the following conditions and to such other specific conditions as are set forth by the appraiser in the report. All extraordinary assumptions and hypothetical conditions are stated in the report and might have affected the assignment results.

1. The appraiser assumes no responsibility for matters of a legal nature affecting the property appraised or title thereto, nor does the appraiser render any opinion as to the title, which is assumed to be good and marketable. The property is appraised as though under responsible ownership.

2. Any sketch in this report may show approximate dimensions and is included only to assist the reader in visualizing the property. The appraiser has made no survey of the property.

3. The appraiser is not required to give testimony or appear in court because of having made the appraisal with reference to the property in question, unless arrangements have been previously made thereto.

4. Neither all, nor any part of the content of this report, copy or other media thereof (including conclusions as to the property value, the identity of the appraiser, professional designations, or the firm with which the appraiser is connected), shall be used for any purposes by anyone but the client and other intended users as identified in this report, nor shall it be conveyed by anyone to the public through advertising, public relations, news, sales, or other media, without the written consent of the appraiser.

5. The appraiser will not disclose the contents of this appraisal report unless required by applicable law or as specified in the Uniform Standards of Professional Appraisal Practice.

6. Information, estimates, and opinions furnished to the appraiser, and contained in the report, were obtained from sources considered reliable and believed to be true and correct. However, no responsibility for accuracy of such items furnished to the appraiser is assumed by the appraiser.

7. The appraiser assumes that there are no hidden or unapparent conditions of the property, subsoil, or structures, which would render it more or less valuable. The appraiser assumes no responsibility for such conditions, or for engineering or testing, which might be required to discover such factors. This appraisal is not an environmental assessment of the property and should not be considered as such.

8. The appraiser specializes in the valuation of real property and is not a home inspector, building contractor, structural engineer, or similar expert, unless otherwise noted. The appraiser did not conduct the intensive type of field observations of the kind intended to seek and discover property defects. The viewing of the property and any improvements is for purposes of developing an opinion of the defined value of the property, given the intended use of this assignment. Statements regarding condition are based on surface observations only. The appraiser claims no special expertise regarding issues including, but not limited to: foundation settlement, basement moisture problems, wood destroying (or other) insects, pest infestation, radon gas, lead based paint, mold or environmental issues. Unless otherwise indicated, mechanical systems were not activated or tested.

This appraisal report should not be used to disclose the condition of the property as it relates to the presence/absence of defects. The client is invited and encouraged to employ qualified experts to inspect and address areas of concern. If negative conditions are discovered, the opinion of value may be affected.

Unless otherwise noted, the appraiser assumes the components that constitute the subject property improvement(s) are fundamentally sound and in working order.

Any viewing of the property by the appraiser was limited to readily observable areas. Unless otherwise noted, attics and crawl space areas were not accessed. The appraiser did not move furniture, floor coverings or other items that may restrict the viewing of the property.

9. Appraisals involving hypothetical conditions related to completion of new construction, repairs or alteration are based on the assumption that such completion, alteration or repairs will be competently performed.

10. Unless the intended use of this appraisal specifically includes issues of property insurance coverage, this appraisal should not be used for such purposes. Reproduction or Replacement cost figures used in the cost approach are for valuation purposes only, given the intended use of the assignment. The Definition of Value used in this assignment is unlikely to be consistent with the definition of Insurable Value for property insurance coverage/use.

11. The ACI General Purpose Appraisal Report (GPAR™) is not intended for use in transactions that require a Fannie Mae 1004/Freddie Mac 70 form, also known as the Uniform Residential Appraisal Report (URAR).

Additional Comments Related To Scope Of Work, Assumptions and Limiting Conditions
THE PURPOSE OF THIS APPRAISAL REPORT IS TO PROVIDE THE CLIENT WITH A CREDIBLE OPINION OF VALUE OF THE SUBJECT PROPERTY, AS OF 03/30/2009 FOR PRIVATE PURPOSES  SEE ATTACHED LIMITING CONDITIONS.



File No. 9-183

## Appraiser's Certification

The appraiser(s) certifies that, to the best of the appraiser's knowledge and belief:

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are the appraiser's personal, impartial, and unbiased professional analyses, opinions, and conclusions.

3. Unless otherwise stated, the appraiser has no present or prospective interest in the property that is the subject of this report and has no personal interest with respect to the parties involved.

4. The appraiser has no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

5. The appraiser's engagement in this assignment was not contingent upon developing or reporting predetermined results.

6. The appraiser's compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

7. The appraiser's analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

8. Unless otherwise noted, the appraiser has made a personal inspection of the property that is the subject of this report.

9. Unless noted below, no one provided significant real property appraisal assistance to the appraiser signing this certification. Significant real property appraisal assistance provided by:
N/A

Additional Certifications:
N/A

Definition of Value: [X] Market Value   [ ] Other Value: _____
Source of Definition: FANNIE MAE FORM 1004 MARCH 2005

DEFINITION OF MARKET VALUE
THE MOST PROBABLE PRICE WHICH A PROPERTY SHOULD BRING IN A COMPETITIVE AND OPEN MARKET UNDER ALL CONDITIONS REQUISITE TO A FAIR SALE, THE BUYER AND SELLER, EACH ACTING PRUDENTLY, KNOWLEDGEABLY AND ASSUMING THE PRICE IS NOT AFFECTED BY UNDUE STIMULUS. IMPLICIT IN THIS DEFINITION IS THE CONSUMMATION OF A SALE AS OF A SPECIFIED DATE AND THE PASSING OF TITLE FROM SELLER TO BUYER UNDER CONDITIONS WHEREBY: (1) BUYER AND SELLER ARE TYPICALLY MOTIVATED; (2) BOTH PARTIES ARE WELL INFORMED OR WELL ADVISED, AND EACH ACTING IN WHAT HE OR SHE CONSIDERS HIS OR HER OWN BEST INTEREST; (3) A REASONABLE TIME IS ALLOWED FOR EXPOSURE IN THE OPEN MARKET; (4) PAYMENT IS MADE IN TERMS OF CASH IN US DOLLARS OR IN TERMS OF FINANCIAL ARRANGEMENTS COMPARABLE THERETO; AND (5) THE PRICE REPRESENTS THE NORMAL CONSIDERATION FOR THE PROPERTY SOLD UNAFFECTED BY SPECIAL OR CREATIVE FINANCING OR SALES CONCESSIONS GRANTED BY ANYONE ASSOCIATED WITH THE SALE.

THE PURPOSE OF THIS APPRAISAL REPORT IS TO PROVIDE THE CLIENT WITH A CREDIBLE OPINION OF THE VALUE OF THE SUBJECT PROPERTY, AS OF 03/30/2009, FOR PRIVATE PURPOSES SEE ATTACHED LIMITING CONDITIONS.

ADDRESS OF THE PROPERTY APPRAISED:
2204 E WEBB AVENUE
NORTH LAS VEGAS, NV 89030-7204
EFFECTIVE DATE OF THE APPRAISAL: 03/30/2009
APPRAISED VALUE OF THE SUBJECT PROPERTY $ 58,000

| APPRAISER | SUPERVISORY APPRAISER |
|---|---|
| Signature: | Signature: |
| Name: JAMES DRISCOLL | Name: |
| State Certification # A.0006362-CR | State Certification # |
| or License # | or License # |
| or Other (describe): _____ State #: _____ | State: |
| State: NV | Expiration Date of Certification or License: |
| Expiration Date of Certification or License: 12/31/2009 | Date of Signature: |
| Date of Signature and Report: 04/08/2009 | Date of Property Viewing: |
| Date of Property Viewing: 03/30/2009 | Degree of property viewing: |
| Degree of property viewing: | [ ] Interior and Exterior  [ ] Exterior Only  [ ] Did not personally view |
| [X] Interior and Exterior  [ ] Exterior Only  [ ] Did not personally view | |



Produced using ACI software, 800.234.8727 www.aciweb.com   This form Copyright © 2005-2006 ACI Division of ISO Claims Services, Inc., All Rights Reserved.
(GPAR™) General Purpose Appraisal Report 12/2005
GPARLIM_05 01082007

Parker Driscoll Appraisal

PLAT MAP

| Client: BOGHOSSIAN/CO DAVID M CROSBY, ESQ | File No.: 9-183 |
|---|---|
| Property Address: 2204 E WEBB AVENUE | Case No.: |
| City: NORTH LAS VEGAS | State: NV   Zip: 89030-7204 |

FLOOD MAP

| | |
|---|---|
| Client: BOGHOSSIAN/CO DAVID M CROSBY, ESQ | File No.: 9-183 |
| Property Address: 2204 E WEBB AVENUE | Case No.: |
| City: NORTH LAS VEGAS | State: NV    Zip: 89030-7204 |



The District makes no warranties concerning the accuracy of this data.

This parcel IS NOT in a 100-year flood zone.

    Parcel 13923815049
    Owner BOGHOSSIAN HAIG & SANDRA
    Address 2204 WEBB
    Entity North Las Vegas
    Contact 702-633-1912
    Flood Zone This parcel IS NOT in a 100-year flood zone.

LOCATION MAP

| Client: | BOGHOSSIAN/CO DAVID M CROSBY, ESQ | File No.: | 9-183 | |
|---|---|---|---|---|
| Property Address: | 2204 E WEBB AVENUE | Case No.: | | |
| City: NORTH LAS VEGAS | | State: NV | | Zip: 89030-7204 |



FLOORPLAN

| Client: | BOGHOSSIAN/CO DAVID M CROSBY, ESQ | File No.: | 9-183 |
|---|---|---|---|
| Property Address: | 2204 E WEBB AVENUE | Case No.: | |
| City: NORTH LAS VEGAS | | State: NV | Zip: 89030-7204 |

```
                    28.5'              28.5'
          ┌─────────────────┬─────────────────┐
          │ KITCHEN  BEDROOM│ BEDROOM  KITCHEN│
          │         BATH    │   BATH          │
     25.0'│                 │                 │25.0'
          │ LIVING   BEDROOM│ BEDROOM  LIVING │
          │         ENTRY   │   ENTRY         │
          └─────────────────┴─────────────────┘
           UNIT #1   28.5'      28.5'  UNIT #2
```

SketchbyApexIV™

Comments:

| AREA CALCULATIONS SUMMARY ||| | LIVING AREA BREAKDOWN |||
|---|---|---|---|---|---|
| Code | Description | Net Size | Net Totals | Breakdown | Subtotals |
| GLA1 | Unit A | 712.5 | | Unit A | |
| | Unit B | 712.5 | 1425.0 | 25.0 x 28.5 | 712.5 |
| | | | | Unit B | |
| | | | | 25.0 x 28.5 | 712.5 |
| | Net LIVABLE Area | (Rounded) | 1425 | 2 Items    (Rounded) | 1425 |

SUBJECT PROPERTY PHOTO ADDENDUM

| | |
|---|---|
| Client: BOGHOSSIAN/CO DAVID M CROSBY, ESQ | File No.: 9-183 |
| Property Address: 2204 E WEBB AVENUE | Case No.: |
| City: NORTH LAS VEGAS | State: NV    Zip: 89030-7204 |



FRONT VIEW OF
SUBJECT PROPERTY

Appraised Date: March 30, 2009
Appraised Value: $ 58,000



REAR VIEW OF
SUBJECT PROPERTY



STREET SCENE

SUBJECT

| Borrower: NON LENDING | File No.: 9-183 | |
|---|---|---|
| Property Address: 2204 E WEBB AVENUE | Case No.: | |
| City: NORTH LAS VEGAS | State: NV | Zip: 89030-7204 |
| Lender: BOGHOSSIAN/CO DAVID M CROSBY, ESQ | | |



BATH



BATH



KITCHEN



LIVING AREA



SECURITY BARS



QUICK RELEASE