1  David M. Crosby, Esq.
   Nevada Bar #3499
2  CROSBY & ASSOCIATES
   711 South Eighth Street
3  Las Vegas, Nevada 89101
   Phone: (702) 382-2600
4
   Attorneys for Debtor(s)
5

6              UNITED STATES BANKRUPTCY COURT

7                   DISTRICT OF NEVADA

8                       * * * * *

9  In the matter of:                )   Case No: BK-09-19023-lbr
                                     )   Chapter 13
10 Sandra Boghossian and            )
   Haig Boghossian,                 )
11                                   )
               Debtors.             )   Date:  September 17, 2009
12                                   )   Time:  3:30 p.m.
                                     )
13 _____      )

14 **NOTICE OF HEARING ON MOTION TO VALUE DEBTORS' NON-PRINCIPAL
   RESIDENCE REAL PROPERTY, AVOID WHOLLY UNSECURED LIEN(S),
   ENCUMBERING SAME, AND TO MODIFY THE RIGHTS OF LIENHOLDERS AND
15 OBJECTION TO LIENHOLDERS' PROOFS OF CLAIM, IF ANY**

16     NOTICE IS HEREBY GIVEN that a Hearing on  Motion to Value Debtors' Non-

17 Principal Residence Real Property, Avoid Wholly Unsecured Lien(s) Encumbering Same,

18 and to Modify the Rights of Lienholders and Objection to Lienholders' Proofs of Claim, if

19 Any, for the above referenced case is scheduled to be heard on the 17th day of September,

20 2009 at 3:30 p.m.

21     The hearing will be held at the date and time specified above on the Third Floor at

22 the Foley Federal Building, 300 South Las Vegas Blvd., Las Vegas, NV 89101.  Any

23 Opposition must be filed pursuant to Local Rule 9014 (d)(1),

24     Local Rule 9014(d)(1): "Oppositions to a motion must be filed and service must be

25 completed on the movant no later then fifteen(15) days after the motion is served except

26 as provided by LR 3007(b) and LR 9006.  If the hearing has been set on less than fifteen

27 (15)days notice, the opposition must be filed no later than five(5) business days before the

28 F:\Bankruptcy\Notices\Boghossian-NtcofHrg.1.wpd

1    hearing, unless the court orders otherwise. The opposition must set forth all relevant facts

2    and any relevant legal authority. An opposition must be supported by affidavits or

3    declarations that confirm to the provisions of subsection (c) of this rule."

4

5   
> If you object to the relief requested, you must file a WRITTEN response to this pleading with the court. You must also serve your written response on the person who sent you this notice. If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> The court may refuse to allow you to speak at the scheduled hearing; and
> The court may rule against you without formally calling the matter at the hearing.

6

7

8

9

10    NOTICE IS FURTHER GIVEN that the hearing on this matter may be continued from

11    time to time without further notice.

12    Dated this 12th day of August, 2009.

13                                  Submitted By:

14

15                              /s/ David M. Crosby, Esq.
                               David M. Crosby, Esq.
                               Attorney for Debtor

16

17

18

19

20

21

22

23

24

25

26

27

28    F:\Bankruptcy\Notices\Boghossian-NtcofHrg.1.wpd

## CERTIFICATE OF MAILING

The undersigned, an employee of CROSBY & ASSOCIATES hereby certifies that on the 12th Day of August, 2009, I deposited **via certified mail**, in the United States Mail, postage prepaid, a true and correct copy of the **Motion to Value Debtors' Non-Principal Residence Real Property, Avoid Wholly Unsecured Lien(s) Encumbering Same, and to Modify the Rights of Lienholders and Objection to Lienholders' Proofs of Claim, if Any** and **Notice of Hearing** to the following parties:

Wells Fargo Bank, N.A.
Attn: Bankruptcy Officer
One Home Campus
MAC ID #X2302-04C
Des Moines, IA 50328

Wells Fargo Bank, N.A.
Recovery Department
P.O. Box 9210
Des Moines, IA 50306

Rick A. Yarnall
701 Bridger Ave., #820
Las Vegas, NV 89101

Wilde & Associates
Gregory L. Wilde, Esq.
208 South Jones Blvd.
Las Vegas, NV 89107

/s/ Candy Khan
_____
A CROSBY & ASSOCIATES Employee

F:\Bankruptcy\Notices\Boghossian-NtcofHrg.1.wpd