**Entered on Docket
December 09, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

James B. Ball (#5212)
James E. Shively (#5497)
Poli & Ball, P.L.C.
601 S. 7th Street, Second Floor
Las Vegas, Nevada 89101
(702) 380-8095
fern@poliball.com
Attorneys for Santander Consumer USA Inc. as successor-in-interest to Sovereign Bank

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | No. 09-19023-LBR |
| Sandra Boghossian and Haig Boghossian, | Chapter 13 |
| Debtor. | **ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| Santander Consumer USA Inc. as successor-in-interest to Sovereign Bank, | **DATE 11/23/09 - TIME 10:30 AM THIRD FLOOR, COURTROOM NO. 1 300 LAS VEGAS BLVD. SOUTH** |
| Movant, | |
| vs. | |
| Sandra Boghossian and Haig Boghossian, debtor; and Rick A. Yarnall, Trustee, | |
| Respondents. | |

1  Santander Consumer USA Inc. as successor-in-interest to Sovereign Bank,
2  having filed its Motion for Relief from the Automatic Stay on October 28, 2009, ("the
3  Motion").
4  The court finds that there were no timely written objections filed to the
5  Motion.
6  IT IS FURTHER ORDERED that the automatic stay of 11 U.S.C. Section
7  362(a) as it is applicable to the debtors and the estate is terminated, with respect to the
8  following described personal property ("the subject property"):
9  2005 HUMMER H2
10  VIN # 5GRGN23U35H101423
11  RESPECTFULLY SUBMITTED this 3rd day of December, 2009
12  Poli & Ball, P.L.C.
13
14  By__/s/ James B. Ball_____
   James B. Ball (#5212)
15  James E. Shively (#5497)
   601 S. 7th Street, Second Floor
16  Las Vegas, Nevada  89101
   Attorneys for Santander Consumer USA Inc. as successor-in-interest to Sovereign
17  Bank

###

POLI & BALL, P.L.C.
601 S. 7TH STREET, SECOND FLOOR
LAS VEGAS, NEVADA  89101
(702) 380-8095

CERTIFICATION re: RULE 9021:

In accordance with Local Rule 9021, the undersigned certifies:

____The court waived the requirements of LR 9021.

____No parties appeared or filed written objections, and there is no trustee appointed to the case.

_x__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the Order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

| | |
|---|---|
| _____<br>David M. Crosby<br>Attorney for Debtor | _x__ Failed to respond to the document.<br>____ Approved the document.<br>____ Disapproved the document. |
| _____<br>Rick A. Yarnall<br>Trustee | _x__ Failed to respond to the document<br>____ Approved the document.<br>____ Disapproved the document. |

　　/s/  Karma Holmes_____
f:\apps\hotdocs\templates\nevada\362 purchase order motion for relief from automatic stay.rtf

- 3 -

POLI & BALL, P.L.C.
601 S. 7TH STREET, SECOND FLOOR
LAS VEGAS, NEVADA 89101
(702) 380-8095