

**Entered on Docket**
**December 09, 2009**

_____
Hon. Linda B. Riegle
**United States Bankruptcy Judge**

1
2
3
4
5
6
7   David M. Crosby, Esq.
    Nevada Bar #3499
8   CROSBY & ASSOCIATES
    711 South Eighth Street
9   Las Vegas, Nevada 89101
    Phone: (702) 382-2600
10
    Attorneys for Debtor(s)
11
                    UNITED STATES BANKRUPTCY COURT
12
                          DISTRICT OF NEVADA
13
                              * * * * *
14
15  In the matter of:              )    Case No: BK-09-19023-lbr
                                   )    Chapter 13
16  Sandra Boghossian and          )
    Haig Boghossian,               )
17                                 )
                    Debtors.       )    Date:  September 17, 2009
18                                 )    Time:  3:30 p.m.
    _____)

19              **ORDER GRANTING**
    **MOTION TO VALUE DEBTORS' NON-PRINCIPAL RESIDENCE REAL**
20  **PROPERTY, AVOID WHOLLY UNSECURED LIEN(S) ENCUMBERING SAME,**
    **AND TO MODIFY THE RIGHTS OF PARTIALLY SECURED LIENHOLDERS**
21  **AND OBJECTION TO LIENHOLDERS' PROOFS OF CLAIM, IF ANY**

22  Debtors' **Amended Motion to Value Debtor's Non-Principal Residence**

23  **Real Property and Avoid Wholly Unsecured Lien(s) Encumbering Same, and to**

24  **Modify the Rights  of Partially Secured Lienholders and Objection to**

25  **Lienholders'  Proofs of Claim, If Any** having been duly filed and served on Wells

26  Fargo Bank and having come before this Court for hearing on the date and at the

27  time set forth above with Debtor appearing by and through her legal counsel, Troy S.

28  F:\Bankruptcy\Motions\StripModify Lien\MtntoAvoidLienofWhollyUnsecuredCreditor.BoghossianRental.wpd

1   Fox, Esq. of the law firm Crosby & Associates and none of the named

2   lienholders/lenders/servicers having appeared or otherwise having responded, and

3   good cause appearing therefor;

4   THE COURT HEREBY FINDS:

5          1.     On the date of the petition, Debtors were the owners of real property

6   not used  as their principal residence known and described as 2204-06 East Webb

7   Avenue, North Las Vegas, NV 89030 legally described as follows:

8              Lot Nineteen (19) in Block Three (3) of Grandview Park,
               as shown by map thereof on file in Book 4 of Plats, Page
9              4 in the Office of the County Recorder of Clark County,
               Nevada.

10             APN:  139-23-815-049

11         2.     The value of said real property at the time Debtors' Chapter 13 Petition

12  was filed was $58,000 which is less than the balance of the claim(s) of the first

13  lienholder as of the date of the Petition; and

14         3.      Said property at the time of filing was subject to the following liens

15  evidenced by Promissory Notes and Deeds of Trust:

16             First Mortgage:
17                 Wells Fargo Bank, N.A.              $ 209,268.82
                   One Home Campus
18                 MAC ID# X2302-04C
                   Des Moines, IA 50328
19                 Loan # 708-0172034837

20         4.     That on the filing date of the instant Chapter 13 petition, the claim

21  represented by the lien of Wells Fargo was wholly unsecured and may therefore be

22  avoided and the claim represented by first lien was partially unsecured to the extent

23  of the value of the property and may therefore be modified as unsecured consistent

24  with the value of subject real property as determined above pursuant to 11 U.S.C.

25  Section 506(a) and §1322(b)(2) and the monthly payment amount on the secured

26  portion adjusted accordingly;  and

27

28

5.     That it is consistent with the above findings that any claims as identified in Proofs of Claim filed by Wells Fargo Bank be modified to non-priority general unsecured status to the extent set forth above.

IT IS THEREFORE ORDERED THAT:

1.     The claim represented by the lien of Wells Fargo Bank shall be modified to the extent that it is unsecured as set forth above which unsecured portion of the total claim shall henceforth be treated as a "non-priority general unsecured claim" pursuant to 11 U.S.C. §506(a);

2.     The second lien of Wells Fargo Bank shall be and is herewith avoided and "stripped off" from Debtors' real property identified above upon completion of Debtors' Chapter 13 plan and shall henceforth be treated as a "non-priority general unsecured claim" pursuant to 11 U.S.C. §506(a);

3.     That any Proof(s) of Claim filed by Wells Fargo Bank relative to its claims shall be conformed to the findings herein as non-priority general unsecured claims to the extent each has been determined herein to be unsecured, to be paid pro rata with other non-priority general unsecured creditors through the Debtors' Chapter 13 plan.  The balance of Wells Fargo Bank's first claim shall retain it's status as secured.

4.     Reduce monthly payments to Wells Fargo Bank based on the reduced principal balance determined to be secured based on actual value of the home at the time of filing the bankruptcy petition based on the contract interest rate and term of the loan.

5.     Wells Fargo Bank shall retain it's claims for the full amount under the loans referenced above in the event of either the dismissal of Debtors' Chapter 13 case or the conversion of the Debtors' Chapter 13 case to any other Chapter under

1  the United States Bankruptcy Code.

2          Dated this ___ day of December, 2009.

3  Submitted By:

4  CROSBY & ASSOCIATES

5

6

7  David M. Crosby, Esq.
   Nevada Bar #3499

8  CROSBY & ASSOCIATES
   711 South Eighth Street
   Las Vegas, Nevada 89101

9  Attorneys for Debtor(s)

10

    Approved/Disapproved

11

12

13  _____
    Rick A. Yarnall

14  Chapter 13 Trustee

15

    NOTICE - ALTERNATIVE METHOD re: RULE 9021:

16
        In accordance with LR 9021, counsel submitting this document certifies as follows:
17

18      _____  The court has waived the requirement of approval under LR 9021.

19      _____  No parties appeared or filed written objections, and there is no trustee
                appointed in the case.

20      __X__  I have delivered a copy of this proposed order to all counsel who appeared at
               the hearing, any unrepresented parties who appeared at the hearing, and any
21             trustee appointed in this case, and each has approved or disapproved the order,
               or failed to respond, as indicated below:

22
    Party:  Chapter 13 Trustee
23
            _____ Approved      _____ Disapproved      ___X___ Failed to Respond
24
    Party:  _____
25
            _____ Approved      _____ Disapproved      _____ Failed to Respond
26

27

28

1

Party: _____

2          _____ Approved      _____ Disapproved      _____ Failed to Respond

3

4

Submitted By:

5

CROSBY & ASSOCIATES

6

7

8  David M. Crosby, Esq.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28