**Entered on Docket
August 17, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

**E-FILED AUGUST 14, 2010**

Kevin Hahn
Nevada Bar No. 9821
MALCOLM ♦ CISNEROS, A Law Corporation
608 South 8th Street
Las Vegas, NV 89101
(800) 741-8806 Phone
(949) 252-1032 Fax
kevin@mclaw.org

Attorneys for BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Chapter 13 |
| SANDRA BOGHOSSIAN and HAIG BOGHOSSIAN, | Case No. S-09-19023-LBR |
| | Hearing Date: August 4, 2010 |
| | Hearing Time: 10:30 a.m. |
| Debtors, | Location:  Foley Federal Building |
| | Courtroom No. 1 |

**ORDER FOR RELIEF FROM THE AUTOMATIC STAY**

The Motion for Relief from Automatic Stay of BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP and its successors and/or assigns came on regularly for hearing before this court on August 4, 2010, appearances as noted on the record. No timely opposition having been filed, the court being fully advised in the premises and good cause appearing:

IT IS HEREBY ORDERED that the Motion for Relief from Automatic Stay be, and hereby is granted.

1

IT IS FURTHER ORDERED that all stay provisions are hereby terminated as to the real property commonly known as 6960 White Oak Avenue, Van Nuys Area, CA 91406.

IT IS FURTHER ORDERED that BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP shall provide Debtors with no less than seven (7) days notice of the date, time and place of the foreclosure sale.

SUBMITTED BY:

/s/ *Kevin Hahn*
KEVIN HAHN
Nevada Bar No. 9821
608 South 8th Street
Las Vegas, NV 89101
(800) 741-8806 Phone
Attorneys for BAC HOME LOANS SERVICING,
LP FKA COUNTRYWIDE HOME LOANS SERVICING LP

### RULE 9021 CERTIFICATION

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

____ The Court has waived the requirement set forth in LR 9021(b)(1).

____ No party appeared at the hearing or filed an objection to the motion.

_X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

RICK A. YARNALL, Trustee: _____

Approved_____    Disapproved_____    Failed to Respond ___X____

____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###

2