**Entered on Docket
October 22, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

Jeremy T. Bergstrom, Esq.
Nevada Bar No. 6904
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV  89052
(702) 369-5960 / FAX (702) 369-4955
E-mail: jbergstrom@mileslegal.com
File No. 09-92605

Attorneys for Secured Creditor,
BAC HOME LOANS SERVICING, LP FKA
COUNTRYWIDE HOME LOANS SERVICING, LP

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>SANDRA BOGHOSSIAN AND HAIG BOGHOSSIAN,<br><br>            Debtor(s) | Case No.: BK-S-09-19023-LBR<br>Chapter 13 |
| BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>            Secured Creditor,<br><br>vs<br><br>SANDRA BOGHOSSIAN AND HAIG BOGHOSSIAN, Debtor(s), RICK A. YARNALL, Trustee,<br><br>            Respondent(s) | **ORDER TERMINATING THE AUTOMATIC STAY**<br><br>Date:   October 20, 2010<br>Time:   10:30 A.M. |

1

1  The Motion for Relief having been properly served, with no opposition filed herein, the
2  Court makes its Order as follows:
3  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in
4  the above-entitled Bankruptcy case is hereby terminated as to the Debtor and the Trustee in favor
5  of Secured Creditor, BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME
6  LOANS SERVICING, LP, as it pertains to the following described property: 7905 Ramblewood
7  Ave., Las Vegas, NV  89128 ("Property" herein) and legally described as follows:

> LOT FOUR HUNDRED FIVE (405) IN BLOCK 'K' OF LEWIS HOMES-THE SHORES NO. 1-B, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 44 OF PLATS, PAGE 84, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND BY CERTIFICATE OF AMENDMENT RECORDED FERUARY 28, 1990 IN BOOK 900228 AS DOCUMENT NO. 4592 OF OFFICIAL RECORDS.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Debtor shall be noticed of the date, time and place of sale seven (7) days prior to said date of sale.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Secured Creditor's Proof of Claim is hereby withdrawn.

IT IS SO ORDERED.

Submitted by:

DATED: October 21, 2010          By: /s/ Jeremy T. Bergstrom, Esq.
                                 Jeremy T. Bergstrom, Esq.
                                 Attorney for Secured Creditor

APPROVED/DISAPPROVED

DATED: _____      _____
                                 DAVID M. CROSBY
                                 Attorney for Debtor

APPROVED/DISAPPROVED

DATED: _____      _____
                                 RICK A. YARNALL
                                 Chapter 13 Trustee

2

**ALTERNATIVE METHOD re: RULE 9021**:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

    \_\_\_\_ The court has waived the requirement set forth in LR 9021(b)(1).

    _X_ No party appeared at the hearing or filed an objection to the motion.

    \_\_\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved or failed to respond to the document]:

    _X_ I certify that this is a Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

|  | APPROVED | DISAPPROVED | NO RESPONSE |
|---|---|---|---|
| CHAPTER 13 TRUSTEE:<br>Rick A. Yarnall<br>701 Bridger Ave. #820<br>Las Vegas, NV  89101 |  |  | X |
| ATTORNEY FOR DEBTOR:<br>David M. Crosby<br>Crosby & Associates<br>711 S. 8th Street<br>Las Vegas, NV  89101 |  |  | X |

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

                                               /s/ Felicia McGhee
                                             An Employee of Miles, Bauer, Bergstrom & Winters, LLP