Entered on Docket
September 27, 2011

_____
Hon. Bruce T. Beesley
United States Bankruptcy Judge

TIFFANY & BOSCO, P.A.
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
Attorney for Secured Creditor HSBC Bank USA, National Association as Trustee for Wells FArgo Asset Securities Corporation, Mortgage Asset Backed Pass-Through Cetificates 2007-PA6
09-74227

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>Sandra Boghossian and Haig Boghossian<br><br><br>Debtors. | Bk Case No.: 09-19023-btb<br><br>Date: 9/20/2011<br>Time: 10:30 am<br><br>Chapter 7 |

ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

above-entitled bankruptcy proceedings is vacated and extinguished for all purposes as to Secured

Creditor HSBC Bank USA, National Association as Trustee for Wells FArgo Asset Securities

///

///

1  Corporation, Mortgage Asset Backed Pass-Through Cetificates 2007-PA6, its assignees and/or

2  successors in interest, of the subject property, generally described as 2204 East Webb Avenue, North

3  Las Vegas, NV 89030.

4

5  Submitted by:

6  TIFFANY & BOSCO, P.A.

7  By: _____ #10235

8  Gregory L. Wilde, Esq.
   Attorney for Secured Creditor

9
   APPROVED / DISAPPROVED
10
   By:_____
11 David M. Crosby
   Attorney for Debtor(s)
12

13 APPROVED / DISAPPROVED

14 By:_____
   David A. Rosenberg
15 Chapter 7 Trustee

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_ The court has waived the requirements set forth in LR 9021(b)(1).

\_\_\_\_ No party appeared at the hearing or filed an objection to the motion.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or     __X__ failed to respond to the document

\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or     __X__ failed to respond to the document

\_\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor